UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THOMAS RAE,

                Plaintiff,

                                                  **ORDER**
     -against-                                    CV 07-2738 (JS)(ARL)

COUNTY OF SUFFOLK, et al.,

                Defendants.

-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

     Before the court is a letter application from the County defendants seeking to compel the plaintiff to respond to interrogatories they served in October 2007. That application is granted as unopposed. The plaintiff shall respond to the interrogatories no later than May 29, 2008, which is the current discovery deadline in this matter.

Dated: Central Islip, New York                      **SO ORDERED:**
           May 19, 2008

                                                      _____/s/_____
                                                      ARLENE R. LINDSAY
                                                      United States Magistrate Judge